**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07cr00353-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RONALD STOVSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter was heard on November 4, 2011, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release. The defendant was present and represented by Attorney Timothy Ivey.

      The violation report was referred to United States Magistrate Judge Nancy A. Vecchiarelli on October 7, 2011 [Doc. 24] to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was issued on October 14, 2011 [Doc. 28]. Defendant admitted to the violation of failing to make restitution payments as ordered. It was the recommendation of counsel for the parties and the supervising officer that defendant be ordered to make restitution payments of $100.00 monthly and that supervision continue. The Report and Recommendation, to which no objection was filed, recommended a finding that defendant had violated conditions of supervision.

      The Court adopted the Report and Recommendation of the Magistrate Judge. Defendant's term of supervised release was continued with the additional condition that

defendant pay at least 10% of his monthly income or $100.00, whichever is greater, towards restitution.

**IT IS SO ORDERED.**


Dated: November 4, 2011							*s/     James S. Gwin*
								JAMES S. GWIN
								UNITED STATES DISTRICT JUDGE